July 23, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

JONI BURT-KNAPP, Appellant

NO. 14-13-00346-CV                    V.

FEDERAL HOME LOAN MORTGAGE CORPORATION, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on March 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Joni Burt-Knapp.

We further order this decision certified below for observance.